```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607
    (510) 637-3500
 5
    Counsel for Defendant MICHAEL BUGGS
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. CR-03-40029 DLJ
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER
                                 )   TERMINATING MICHAEL BUGGS'S
13        v.                     )   SUPERVISED RELEASE
                                 )
14  MICHAEL BUGGS,               )
                                 )
15              Defendant.       )
    _____ )
16
```

17        On August 8, 2003, this Court sentenced Michael Buggs to fifty-one months

18  imprisonment following his guilty plea to being a felon in possession of a firearm. His three-

19  year term of supervised release commenced in February 13, 2007. According to the probation

20  officer, Mr. Buggs's behavior while on supervised release has been exemplary, and he has

21  complied fully with all conditions imposed by the judgment and the probation officer. The

22  parties agree that justice would best be served by terminating his period of supervised release.

23        IT IS THEREFORE STIPULATED AND AGREED that the Court may terminate Mr.

24  Buggs's supervised release forthwith.

25        SO STIPULATED.

26

STIP/ORD FOR EARLY TERMINATION OF
SUP. REL.                                        1

Dated: September 26, 2008

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: September 29, 2008

/s/
_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

Dated: September 29, 2008

/s/
_____
BARRY FISHER
U.S. Probation Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

    Based on the reasons provided in the foregoing stipulation, the Court finds that there is good cause to terminate the supervised release of Michael Buggs.

    Based on these findings, IT IS ORDERED that Mr. Buggs's supervised release is terminated forthwith.

Dated: October 1, 2008

_____
D. LOWELL JENSEN
United States District Judge

STIP/ORD FOR EARLY TERMINATION OF
SUP. REL.                                           2